JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Woods,<br><br>   Plaintiff,<br><br>   v.<br><br>Frederick J. Hanna & Associates, P.C.,<br><br>   Defendant(s). | SACV 08-1119-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   February 17, 2009

_____
James V. Selna
United States District Judge